The People of the State of Illinois, Plaintiff-Appellee, v. Eugene Hall, Defendant-Appellant.

(No. 73-236;

Second District (2nd Division)—May 6, 1975.

Opinion by Mr. PRESIDING JUSTICE RECHENMACHER.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan (James W. Jerz and Martin Moltz, both of Illinois State's Attorneys Association, of counsel), for the People.